UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES CHAFFEE, | Case No:  C 10-4521-SBA |
| Plaintiff, | |
| vs. | **ORDER** |
| SAN FRANCISCO LIBRARY COMMISSION, et al., | |
| Defendants. | |

On January 14, 2011, Plaintiff, who is proceeding pro se, filed a Motion for Leave of Court to E-File as Pro Se Litigant.  Dkt. 9.  Plaintiff requests that he be allowed to e-file documents in the above-captioned matters using the ECF system.  Plaintiff has failed to show good cause as to why leave should be granted.  Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff's motion is DENIED.  This Order terminates Docket 9.

IT IS SO ORDERED.

Dated: 1/31/11

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHAFFEE et al,

              Plaintiff,

   v.

SAN FRANCISCO LIBRARY COMMISSION et al,

              Defendant.

_____/

Case Number: CV10-04521 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 31, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James  Chaffee
63 Stoneybrook Avenue
San Francisco,  CA 94112

Dated: January 31, 2011

                        Richard W. Wieking, Clerk

By: LISA R CLARK, Deputy Clerk